UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | CASE NO. 1:07-cv-00791-AWI-GSA PC |
|     Plaintiff, | ORDER CORRECTING CASE NUMBER TO CONFORM TO FORMAT SET FORTH IN AUTOMATED CASE MANAGEMENT PLAN |
|     v. | |
| JAMES TILTON, et al., | |
|     Defendants. | (Doc. 14) |

    This is a civil rights action filed by Plaintiff, Ronald Adams, a state prisoner proceeding pro se and in forma pauperis. Plaintiff consented to Magistrate Judge jurisdiction on June 14, 2007, and no other party has appeared in the action. On October 12, 2007, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action was re- assigned to United States Magistrate Judge Gary S. Austin to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3). At that time of the reassignment to Judge Austin, the case number was not amended to conform to the numbering of cases as set forth in paragraph (e)(5) of the Automated Case Management Plan, as set forth in Appendix A of the Local Rules of the United States District Court, Eastern District of California.

    Accordingly, it is HEREBY ORDERED that:

        The new case number shall be 1:07-cv-00791-GSA PC, and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of

///

1 ///

2   an incorrect case number, including initials, may result in a delay of documents
3   being processed and copies thereof being correctly distributed and received by the
4   appropriate judicial officer.

7   IT IS SO ORDERED.

8   **Dated:** **July 23, 2009**             /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE