# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | 1:07-cv-00791-AWI-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE PAY FILING FEE (Doc. 45.) |
| v. | |
| JAMES TILTON, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Ronald Adams ("Plaintiff"), proceeding pro se, filed this civil rights action on April 24, 2007. (Doc. 1.) On September 29, 2011, the Court issued an order revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and requiring Plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 45.) On December 15, 2011, upon Plaintiff's request, the Court granted Plaintiff a sixty-day extension of time to pay the filing fee. (Docs. 47, 48.) The sixty-day deadline has passed, and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff is not eligible to proceed in forma pauperis, has not paid the filing fee, and has not complied with the Court's order to do so,

///

dismissal of this action is appropriate. <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

    Accordingly, the Court HEREBY ORDERS that:

1. This action is DISMISSED, without prejudice, for failure to pay the filing fee; and
2. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: March 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE